

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-13-00877-CV

Gerald **VERGOTT**,
Appellant

v.

**DAVIS FAMILY IRREVOCABLE TRUST**, et al,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 389367
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

We abated this appeal to the trial court to provide the opportunity for a contest to appellant's affidavit of indigence and, in the event of a contest, a hearing and determination of whether appellant is indigent. *See* TEX. R. APP. P. 20.1(e)-(i). Three supplemental clerk's records and a reporter's record have subsequently been filed in this court. The records show that a timely contest was filed to appellant's affidavit of indigence and a hearing on the contest was set for February 6, 2014, but appellant failed to appear and the trial court signed an order denying appellant's application for indigency status. Appellant thereafter filed a motion to reconsider the order in the trial court, asserting that he did not receive notice of the contest hearing. After conducting a hearing on May 1, 2014 on appellant's motion to reconsider, the trial court ruled that the February 6, 2014 order denying appellant's claim of indigence would stand. The supplemental reporter's record of that hearing now having been filed, it is ORDERED that this appeal is REINSTATED on the docket of this court.

It is further ORDERED that appellant provide written proof to this court ***within ten (10) days*** from the date of this order that the district clerk's fee for preparing the clerk's record for the appeal has been paid or payment arrangements have been made with the district clerk for preparation of the clerk's record. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.



Keith E. Hottle
Clerk of Court